UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK FAUCETTE,

           Plaintiff,

-vs-                                        Case No.  8:04-cv-2185-T-24EAJ

NATIONAL HOCKEY LEAGUE and
ANDREW VAN HELLEMOND, individually
and in his capacity of Director of Officiating
for the National Hockey League,

           Defendants.
_____/

## O R D E R

This cause comes before the Court on Plaintiff's Appeal of Magistrate Judge Jenkins' Decisions Regarding Plaintiff's Motion for an Extension of Discovery Cutoff and Motion to Compel Defendant to Respond to Plaintiff's Written Discovery Generally and to Produce Requested Documents at Rule 30(b)(6) Depositions (Doc. No. 47).  Plaintiff is appealing Magistrate Judge Jenkins' orders denying his oral motion for an extension of the discovery period and denying as moot his motion to compel (Doc. Nos. 35 and 36).  However, Plaintiff is requesting the Court stay action on this appeal "in order to allow the issues addressed herein to be considered by Magistrate Judge Jenkins on a complete record and in light of the current circumstances" (Doc. No. 47).  The Court notes that there are currently two motions pending before Magistrate Judge Jenkins which appear to encompass largely the same subject matter as Plaintiff's appeal (Doc. Nos. 43 and 48).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Appeal of Magistrate Judge Jenkins' Decisions Regarding Plaintiff's Motion for an Extension of Discovery Cutoff and

Motion to Compel Defendant to Respond to Plaintiff's Written Discovery Generally and to Produce Requested Documents at Rule 30(b)(6) Depositions (Doc. No. 47) is **DENIED WITHOUT PREJUDICE** with leave for Plaintiff to re-file an appeal as necessary.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of October, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record